ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ZACHARY D. PECK ESQ.
Nevada Bar No.16127
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone No.: (702) 384-9800
Facsimile No.: (702) 665-4120
tsgro@sgroandroger.com
zpeck@sgroandroger.com
*Attorneys for Defendant Eduardo Lopez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CARLOS DE LA ROSA-LOPEZ;<br>EDUARDO LOPEZ;<br>JOSE LUIS MARIN-FLORES;<br>LUIS ALFREDO VELA-AGUIRRE;<br>JOSE RIVERA-HERNANDEZ;<br>IRENE ALEJO-HERNANDEZ; and<br>LUIS ALBERTO LOPEZ BENITEZ,<br><br>Defendants. | Case No.: 2:22-cr-00106-APG-NJK |

## ORDER GRANTING MOTION FOR PRE-PLEA PRESENTENCE REPORT

Defendant, EDUARDO LOPEZ, through his attorney of record, ANTHONY P. SGRO, ESQ., respectfully requests that the Court direct the United States Probation Office to prepare a pre-plea Presentence Report.

DATED this 14th day of December, 2023.

/s/ Anthony P. Sgro, Esq.
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
*Attorney for Defendant Eduardo Lopez*

**POINTS AND AUTHORITIES**

Counsel for Mr. Lopez and the Government have been negotiating terms of a potential pretrial resolution of this matter. Certain background and criminal history information is necessary for defense counsel to properly calculate Mr. Lopez's criminal history category and the applicability of potential enhancements. A pre-plea Presentence Report would efficiently ascertain the relevant information and allow counsel to effectively advise Mr. Lopez as to the potential terms of a negotiation and for the Parties to discuss the terms with full knowledge of the relevant background information.

AUSA Joshua Brister has informed counsel that he does not object to this request.

**CONCLUSION**

For these reasons, Mr. Lopez respectfully requests that the Court direct the U.S. Probation Office to prepare a pre-plea Presentence Report.

IT IS SO ORDERED:

Dated: December 15, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE